**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL ARROYO, | No. 2:19-CV-1973-JAK (FFMx) |
|    Plaintiff, | |
| v. | **JUDGMENT** |
| Nazih I. Semaan, in individual and representative capacity as trustee of The Nazih and Samira Semaan Family Trust; Samira N. Semaan, in individual and representative capacity as trustee of The Nazih and Samira Semaan Family Trust; Fuel For Less Inc., a California Corporation; DINO #2, LLC, a California Limited Liability Company; and Does 1-10, | JS-6 |
|    Defendants, | |

1

**JUDGMENT IS HEREBY ENTERED** as follows:

1.      Defendants Nazih I. Semaan, Samira N. Semaan, and Fuel for Less, Inc., are jointly liable under the Unruh Civil Rights Act for a total of $4,000.

2.      Plaintiff shall be deemed the prevailing party in this action.

3.      An injunction is granted as to the property located at or about 15757 Paramount Boulevard, Paramount, California. Within 90 days of entry of this judgment, Defendant DINO #2 shall:

a.      To the extent not already completed, install a van accessible parking space, including installation of all required signage. Specifically, this space shall not have any slopes that exceed the 2.08% maximum defined in the 2010 ADA Standards for Accessible Design ("ADASAD");

b.      Maintain at least 36" of clear width and depth on sales counters without being blocked by merchandise;

c.      Maintain the restroom door and entrance doors to have opening and closing pressures not to exceed 5 lbs. of force;

d.      Modify the closing speed of the restroom door to ensure it closes in no fewer than five seconds;

e.      Modify the toilet area to ensure that there are 60 inches of clear floor space adjacent to the toilet to allow for transfer to the commode from a wheelchair;

f.      Modify the toilet to place flush controls on the side of the toilet opposite the side wall;

g.      Modify the grab bars to ensure full compliance with the location standards dictated by the ADASAD;

2

h.  Located the toilet seat covers within the reach ranges required by the ADASAD and place them in such a way that there is appropriate clear space to interact with them;

i.  Locate the hand driers in such a way that they do not impede any of the clear floor space required; and

f.  Modify the sink to ensure appropriate knee and toe clearance as defined by the ADASAD.

**IT IS SO ORDERED.**

Dated:  April 16, 2024

_____

John A. Kronstadt
United States District Judge

3